# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Balfour/S&P Two, A Joint Venture | )     ASBCA No. 58689 |
| | ) |
| Under Contract No. W9126G-09-C-0054 | ) |

APPEARANCES FOR THE APPELLANT:     Douglas L. Patin, Esq.
Kyle C. Hankey, Esq.
  Bradley Arant Boult Cummings LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Charles L. Webster III, Esq.
Cindy E. Shimokusu, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Fort Worth

## ORDER OF DISMISSAL

The parties settled this appeal as a result of mediation which occurred between 3-6 June 2014. Having received the settled amount plus interest in full, appellant has moved for dismissal of this appeal. The motion is granted. The appeal is dismissed with prejudice.

Dated: 27 October 2014

PETER D. TING
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58689, Appeal of Balfour/S&P Two, A Joint Venture, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals